No. 112, Misc. ANDREWS v. KANSAS. Supreme Court of Kansas. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. Petitioner *pro se*. *William M. Ferguson*, Attorney General of Kansas, and *J. Richard Foth* and *Robert E. Hoffman*, Assistant Attorneys General, for respondent. 

No. 206, Misc. RUCKER v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. Petitioner *pro se*. *James C. Crumlish* for respondent.

No. 240, Misc. FULCHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *William R. Willis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. 

No. 254, Misc. MOSS v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. 

No. 258, Misc. BLOETH v. NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.

No. 279, Misc. YOUNG v. SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.